UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROSA SOSA,**

       **Plaintiff,**

v.                                **Case No: 6:16-cv-1399-Orl-41TBS**

**R&R OF ORLANDO FOOD CORP. and
RMI MANAGEMENT I, LLC,**

       **Defendants.**
       /

**ORDER**

THIS CAUSE is before the Court on the parties' Second Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. 35). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation ("R&R," Doc. 36), recommending that the Court approve the Settlement Agreement so long as the parties filed an executed copy with the Court. Thereafter, Defendants filed the Executed Settlement Agreement (Doc. 37-1) in accordance with Judge Smith's R&R.

After a *de novo* review, and noting that no objections were timely filed, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Second Joint Motion to Approve Settlement and to Dismiss Case with Prejudice (Doc. 35) is **GRANTED**.

3. This case is **DISMISSED with prejudice**. The Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2017.



Copies furnished to:

Counsel of Record